IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0254

_____

IN THE MATTER OF:

J.S.L. and J.R.L.,                                                      O R D E R

      Youths in Need of Care.

_____

Pursuant to Appellant's motion for extension if time to file the opening brief, and good cause appearing,

IT IS ORDERED that the motion for extension of time is GRANTED. Appellant is directed to file and serve the opening brief on or before September 15, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2020